## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ROBERT MARTIN,**

      **Plaintiff,**

                     **Case No. 2:15-cv-2888**
    v.                **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                      **Magistrate Judge Terence P. Kemp**

**OHIO DEPARTMENT OF**
**CORRECTIONS, et al.,**

      **Defendants.**

### ORDER

      This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 1, 2016.  (ECF No. 2.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the defendant's motion for leave to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.  Mr. Martin is hereby directed to submit the entire $400.00 filing fee within thirty days if he wishes to proceed with this action. If he does not pay the fee, the action will be dismissed and will not be reinstated, even upon subsequent payment of the filing fee.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 609 (6th Cir. 1997).

      **IT IS SO ORDERED.**

  5-5-2016
_____        _____
**DATE**                         **EDMUND A. SARGUS, JR.**
                                 **CHIEF UNITED STATES DISTRICT JUDGE**